UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWIN DAVID CORBETT,

          Petitioner,

  v.

MARGARET GILBERT,

          Respondent.

CASE NO. 3:16-CV-05817-RJB-JRC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

    Dated this 30th day of September, 2016.

                                          J. Richard Creatura
                                          United States Magistrate Judge